UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

     v.

CASE NO. 3:24-cr- 236-WWB-LLL
18 U.S.C. § 922(o)

ANDRES FELIPE MEJIA
JACOB CAIN THIGPEN

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Possession of a Machinegun)

On or about August 13, 2024, in the Middle District of Florida, the

defendants,

ANDRES FELIPE MEJIA and
JACOB CAIN THIGPEN,

did knowingly possess a machinegun.

In violation of 18 U.S.C. §§ 922(o)(1) and 924(a)(2).

## FORFEITURE

1.    The allegations contained in Count One are incorporated by reference

for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §

924(d)(1) and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 922(o), the defendants shall

forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c),

all firearms and ammunition involved in or used in the violation.

3.     If any of the property described above, as a result of any act or omission of the defendants:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third person;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).


A TRUE BILL,

███████████████████

Foreperson


ROGER B. HANDBERG
United States Attorney

By: _____
BRENNA FALZETTA
Assistant United States Attorney

By: _____
FRANK M. TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
11/12/24 Revised

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## ANDRES FELIPE MEJIA
## JACOB CAIN THIGPEN

### INDICTMENT

Violation:     Ct. 1: 18 U.S.C. §§ 922(o) and 924(a)(2)

A true bill,

_____

Foreperson

Filed in open court this _13th_ day

of November 2024.

_Tracu S. Burelli_
Clerk

Bail $_____

GPO 863 525